## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: FTX COLLAPSE LITIGATION** | **MDL No. 3076** |

## AMENDED PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 3, 2023, a copy of the Notice of Potential Tag-Along Action [D.E. 16] and Notice of Appearance [D.E. 18] were electronically filed with the Clerk of the JPML by using the CM/ECF and were served on all counsel or parties via email or mail as follows:

<table>
<tr><td colspan="2" align="center"><b>US District Court for the Southern District of Florida</b><br><b>Norris et al v. Brady et al, Case No.: 1:23-CV-20439</b></td></tr>
<tr><td>

*Counsel for Plaintiffs:*

Via Electronic Mail

Adam M. Moskowitz
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134-6036
305-740-1423
adam@moskowitz-law.com

Via Electronic Mail

Jose Manuel Ferrer
Mark Migdal and Hayden
80 SW 8 Street, Suite 1999
Miami, FL 33131
305-374-0440
jose@markmigdal.com

Via Electronic Mail

Joseph M. Kaye
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Miami, FL 33134
305-740-1423
joseph@moskowitz-law.com

Via Electronic Mail

Stephen N. Zack
Boies Schiller & Flexner

</td><td>

*Counsel for Defendant:*

Via Electronic Mail

Thomas Brady
Stephanie Anne Casey
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
305-476-7400
305-476-7444
scasey@colson.com

Via Electronic Mail

Zachary Andrew Lipshultz
Colson Hicks Eidson
255 Alhambra Circle
Coral Gables, FL 33134
305-476-7400
zach@colson.com

Via Electronic Mail

Andrew B. Clubok
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
andrew.clubok@lw.com

</td></tr>
</table>

| | |
|---|---|
| 100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br><div align="right">Via Electronic Mail</div>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street<br>Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive)<br><div align="right">Via Electronic Mail</div>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br><div align="right">Via Electronic Mail</div>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com | <div align="right">Via Electronic Mail</div>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com<br><div align="right">Via Electronic Mail</div>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br><div align="right">Via Electronic Mail</div>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com<br><div align="right">Via Electronic Mail</div>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com<br><div align="right">Via Electronic Mail</div>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com<br><div align="right">Via Electronic Mail</div>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Susan.Engel@lw.com<br><div align="right">Via Electronic Mail</div>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse |

Coral Gables, FL 33134-2351
305-476-7400
476-7444
bob@colson.com

*Counsel for Defendant Kevin O'Leary:*
                              Via Electronic Mail
Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com
                              Via Electronic Mail
Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
                              Via Electronic Mail
Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com
                              Via Electronic Mail
Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com
                              Via Electronic Mail
Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*

|  | Via Electronic Mail |
|  | Christopher Stephen Carver |
|  | Akerman LLP |
|  | Three Brickell City Centre Suite 1100 |
|  | 98 Southeast Seventh Street |
|  | Miami, FL 33131 |
|  | 305-982-5572 |
|  | 305-374-5095 |
|  | christopher.carver@akerman.com |
|  | Via Electronic Mail |
|  | Jason Samuel Oletsky |
|  | Akerman LLP |
|  | 201 East Las Olas Boulevard, Ste 1800 |
|  | Fort Lauderdale, FL 33301 |
|  | 954-759-8909 |
|  | 954-463-2224 |
|  | jason.oletsky@akerman.com |
|  | Via Electronic Mail |
|  | Katherine Ann Johnson |
|  | Akerman LLP |
|  | 201 E. Las Olas Blvd., Suite 1800 |
|  | Fort Lauderdale, FL 33301 |
|  | 954-463-2700 |
|  | 954-463-2224 |
|  | Katie.johnson@akerman.com |

**US District Court for the Southern District of Florida**
**Garrison et al v. Bankman-Fried et al, Case No.: 1:22-CV-23753**

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brad, Gisele Bundchen, and Lawrence Gene David:* |
|---|---|
| Via Electronic Mail | Via Electronic Mail |
| Adam M. Moskowitz | Stephanie Anne Casey |
| The Moskowitz Law Firm, PLLC | Colson Hicks Eidson |
| 2 Alhambra Plaza, Suite 601 | 255 Alhambra Circle, PH |
| Coral Gables, FL 33134-6036 | Coral Gables, FL 33134 |
| 305-740-1423 | 305-476-7400 |
| adam@moskowitz-law.com | scasey@colson.com |
| Via Electronic Mail | Via Electronic Mail |
| Jose Manuel Ferrer | Zachary Andrew Lipshultz |
| Mark Migdal and Hayden | Colson Hicks Eidson |
| 80 SW 8 Street, Suite 1999 | 255 Alhambra Circle |
| Miami, FL 33131 | Coral Gables, FL 33134 |
| 305-374-0440 | 305-476-7400 |
| jose@markmigdal.com | zach@colson.com |
| Via Electronic Mail | Via Electronic Mail |
| Joseph M. Kaye | Andrew B. Clubok |
| The Moskowitz Law Firm, PLLC | |

| | |
|---|---|
| 2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br>Via Electronic Mail | Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br>Via Electronic Mail |
| Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>Via Electronic Mail | Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com<br>Via Electronic Mail |
| Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive)<br>Via Electronic Mail | Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br>Via Electronic Mail |
| Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>Via Electronic Mail | Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com<br>Via Electronic Mail |
| David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br>Via Electronic Mail | Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com<br>Via Electronic Mail |
| Tyler Evan Ulrich<br>Boies Schiller and Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-539-8400<br>Fax: 305-539-1307<br>Email: tulrich@bsfllp.com | Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com<br>Via Electronic Mail |
| | Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200 |

|  | Susan.Engel@lw.com |
|  | Via Electronic Mail |
|  | Roberto Martinez |
|  | Colson Hicks Eidson |
|  | 255 Alhambra Circle, Penthouse |
|  | Coral Gables, FL 33134-2351 |
|  | 305-476-7400 |
|  | bob@colson.com |
|  |  |
|  | *Counsel for Defendant Kevin O'Leary:* |
|  | Via Electronic Mail |
|  | Brandon Scott Floch |
|  | Marcus Neiman Rashbaum & Pineiro LLP |
|  | 2 South Biscayne Blvd.  Suite 2530 |
|  | Miami, FL 33131 |
|  | 305-434-4943 |
|  | bfloch@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Jeffrey Eldridge Marcus |
|  | Marcus Neiman & Rashbaum, LLP |
|  | One Biscayne Tower - Suite 1750 |
|  | 2 South Biscayne Boulevard |
|  | Miami, FL 33131 |
|  | 305-400-4260 |
|  | 866-780-8355 |
|  | jmarcus@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Jeffrey Adam Neiman |
|  | Marcus Neiman & Rashbaum LLP |
|  | 100 Southeast Third Avenue, Suite 805 |
|  | Fort Lauderdale, FL 33394 |
|  | 954-462-1200 |
|  | 954-688-2492 |
|  | jneiman@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Michael Anthony Pineiro |
|  | Marcus Neiman & Rashbaum LLP |
|  | 2 S. Biscayne Boulevard, Suite 1750 |
|  | Miami, FL 33131 |
|  | 305-400-4268 |
|  | mpineiro@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Andrew B. Brettler |
|  | Berk Brettler LLP |
|  | 9119 Sunset Blvd. |
|  | West Hollywood, CA 90069 |

310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*
                                    Via Electronic Mail
Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com
                                    Via Electronic Mail
Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
                                    Via Electronic Mail
Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

*Counsel for William Trevor Lawrence:*
                                    Via Electronic Mail
**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526

*Counsel for Golden State Warriors, LLC:*
                                    Via Electronic Mail
**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street

San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com
*Counsel for Samuel Bankman-Fried:*
                                    Via Electronic Mail
Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
                                    Via U.S. Mail
Defendant, Stephen Curry
28 Selby Ln, Atherton, CA 94027
                                    Via U.S. Mail
Defendant, Shaquille O'Neal
4012 Sahara Ct, Carrollton, TX 75010

                                    Via U.S. Mail
Defendant, Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, Florida 33332-3
                                    Via U.S. Mail
Defendant, Shohei Ohtani
2000 Gene Autry Way
Anaheim, California, 92806
                                    Via U.S. Mail
Defendant, Naomi Osaka
9621 Arby Dr.
Beverly Hills, California, 90210
                                    Via U.S. Mail
Consol Defendant, Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174
                                    Via U.S. Mail
Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
                                    Via Electronic Mail
c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471

| | |
|---|---|
| | stephanie.avakian@wilmerhale.com |
| | Via U.S. Mail |
| | Defendant Zixiao Gary Wang |
| | 304 Island Lane |
| | Egg Harbor Township, NJ 08234 |
| | Via Electronic Mail |
| | c/o Alex B. Miller |
| | Fried Frank |
| | One New York Plaza |
| | New York, New York 10004 |
| | T: +1.212.859.8000 |
| | ilan.graff@friedfrank.com; |
| | alex.miller@friedfrank.com |
| | Via U.S. Mail |
| | Defendant Nishad Singh |
| | 746 Jennifer Way |
| | Milpitas, CA 95035 |
| | Via Electronic Mail |
| | c/o Andrew Goldstein |
| | Cooley LLP |
| | 1299 Pennsylvania Avenue, NW |
| | Suite 700 |
| | Washington, DC 20004-2400 |
| | agoldstein@cooley.com |
| | +1 202 842 7800 phone |
| | Via Electronic Mail |
| | Consol Defendant, Dan Friedberg |
| | c/o Telemachus P. Kasulis |
| | Morvillo Abramowitz Grand Iason & Anello PC |
| | 565 Fifth Avenue |
| | New York, NY 10017 |
| | 212.880.9555 |
| | tkasulis@maglaw.com |

| US District Court for the Southern District of Florida | |
|---|---|
| **Podalsky et al v. Bankman-Fried et al, Case No.: 1:22-cv-23983** | |
| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brady,* |
| Via Electronic Mail | *Gisele Bundchen, and Lawrence Gene David:* |
| Adam M. Moskowitz | Via Electronic Mail |
| The Moskowitz Law Firm, PLLC | |
| 2 Alhambra Plaza, Suite 601 | Stephanie Anne Casey |
| Coral Gables, FL 33134-6036 | Colson Hicks Eidson |
| 305-740-1423 | 255 Alhambra Circle, PH |
| | Coral Gables, FL 33134 |

| | |
|---|---|
| adam@moskowitz-law.com<br>          Via Electronic Mail<br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>33130<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br>          Via Electronic Mail<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br>          Via Electronic Mail<br>Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>          Via Electronic Mail<br>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com<br>          Via Electronic Mail<br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>          Via Electronic Mail<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com | 305-476-7400<br>305-476-7444<br>scasey@colson.com<br>          Via Electronic Mail<br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>305-476-7400<br>zach@colson.com<br>          Via Electronic Mail<br>Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br>          Via Electronic Mail<br>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com<br>          Via Electronic Mail<br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br>          Via Electronic Mail<br>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com<br>          Via Electronic Mail<br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com |

|  | *Via Electronic Mail*<br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com |
|  | *Via Electronic Mail*<br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Susan.Engel@lw.com |
|  | *Via Electronic Mail*<br>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400<br>bob@colson.com |
|  | *Counsel for Defendant Kevin O'Leary:*<br>*Via Electronic Mail*<br>Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd.<br>Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>bfloch@mnrlawfirm.com |
|  | *Via Electronic Mail*<br>Jeffrey Eldridge Marcus<br>Marcus Neiman & Rashbaum, LLP<br>One Biscayne Tower - Suite 1750<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>305-400-4260<br>866-780-8355<br>jmarcus@mnrlawfirm.com |
|  | *Via Electronic Mail*<br>Jeffrey Adam Neiman<br>Marcus Neiman & Rashbaum LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200 |

954-688-2492
jneiman@mnrlawfirm.com
                              Via Electronic Mail
Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com
                              Via Electronic Mail
Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*
                              Via Electronic Mail
Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com
                              Via Electronic Mail
Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
                              Via Electronic Mail
Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

*Counsel for Trevor Lawrence:*
<div align="right">Via Electronic Mail</div>

**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526

*Counsel for Golden State Warriors, LLC:*
<div align="right">Via Electronic Mail</div>

**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com

*Counsel for Samuel Bankman-Fried:*
<div align="right">Via Electronic Mail</div>

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

<div align="right">Via U.S. Mail</div>

Defendant Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, Florida 33332

<div align="right">Via U.S. Mail</div>

Defendant Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174

<div align="right">Via U.S. Mail</div>

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458

<div align="right">Via Electronic Mail</div>

c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037

<table>
<tr><td></td><td>

Phone: 202-663-6471
stephanie.avakian@wilmerhale.com

</td><td>Via U.S. Mail</td></tr>
</table>

|  | Phone: 202-663-6471 <br> stephanie.avakian@wilmerhale.com |  |
|---|---|---|
|  |  | Via U.S. Mail |
|  | Defendant Zixiao Gary Wang <br> 304 Island Lane <br> Egg Harbor Township, NJ 08234 <br> And <br> c/o Alex B. Miller <br> Fried Frank <br> One New York Plaza <br> New York, New York 10004 <br> T: +1.212.859.8000 <br> ilan.graff@friedfrank.com; <br> alex.miller@friedfrank.com | Via Electronic Mail |
|  |  | Via U.S. Mail |
|  | Defendant Nishad Singh <br> 746 Jennifer Way <br> Milpitas, CA 95035 <br> and <br> c/o Andrew Goldstein <br> Cooley LLP <br> 1299 Pennsylvania Avenue, NW <br> Suite 700 <br> Washington, DC 20004-2400 <br> agoldstein@cooley.com <br> +1 202 842 7800 phone | Via Electronic Mail |
|  |  | Via Electronic Mail |
|  | Defendant Dan Friedberg <br> c/o Telemachus P. Kasulis <br> Morvillo Abramowitz Grand Iason & Anello PC <br> 565 Fifth Avenue <br> New York, NY 10017 <br> 212.880.9555 <br> tkasulis@maglaw.com | |
|  |  | Via U.S. Mail |
|  | Defendant Stephen Curry <br> 28 Selby Ln, Atherton, CA 94027 | |
|  |  | Via U.S. Mail |
|  | Defendant Shaquille ONeal <br> 4012 Sahara Ct, Carrollton, TX 75010 | |
|  |  | Via U.S. Mail |
|  | Defendant Shohei Ohtani <br> 2000 Gene Autry Way <br> Anaheim, California, 92806 | |
|  |  | Via U.S. Mail |

|  | Defendant Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, California, 90210 |
|--|--|

<div align="center">

**O'Keefe et al v Sequoia Capital Operations, LLC et al**
**Case No.: 1:23-CV-20700, Judge Jose E. Martinez**

</div>

| *Counsel for Plaintiff:* | |
|--|--|
| Via Electronic Mail | Via U.S. Mail |
| Amy Michelle Bowers<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com | Defendant, Sequoia Capital Operations, LLC<br>Through Its Registered Agent, The Corporation Trust Company Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 |
| Via Electronic Mail | Via U.S. Mail |
| Jorge A. Perez Santiago<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>Two South Biscayne Boulevard, Ste 1600<br>Miami, FL 33131<br>305-614-1400<br>Email: jperezsantiago@sknlaw.com | Defendant, Silvergate Bank<br>Through It's Registered Agent, CT Corporation System<br>330 N. Brand Blvd., Ste. 700,<br>Glendale, CA 91203 |
| Via Electronic Mail | Via U.S. Mail |
| Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: breichard@fishmanhaygood.com | Defendant, Signature Bank<br>565 Fifth Avenue<br>New York, NY 70017 |
| | Via U.S. Mail |
| | Defendant, Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas |
| Via Electronic Mail | Via U.S. Mail |
| C. Hogan Paschal<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: hpaschal@fishmanhaygood.com | Defendant, Farmington State Bank<br>d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128 |
| | Via U.S. Mail |
| | Defendant, Jean Chalopin<br>Deltec Houst, Lyford Cay<br>Nassau, Bahamas |
| Via Electronic Mail | Via U.S. Mail |
| James R. Swanson<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: jswanson@fishmanhaygood.com | Defendant, Thoma Bravo L.P.<br>Through It's Registered Agent,<br>CT Corporation System<br>28 Liberty Street New<br>York, NY 10005 |
| Via Electronic Mail | Via U.S. Mail |
| Kerry James Miller | Defendant, Paradigm Operations LP |

| | |
|---|---|
| Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br>Via Electronic Mail<br><br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: mbergeorn@fishmanhaygood.com<br>Via Electronic Mail<br><br>Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 S. Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com | Through It's Registered Agent, Cogency<br>Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904<br>Via U.S. Mail<br>Defendant, Temasek Holdings (Private)<br>Limited<br>Through Its Registered Agent, Corporation<br>Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>Via U.S. Mail<br>Defendant, Softbank Vision Fund (AIV M2)<br>L.P.<br>Through Its Registered Agent, Corporation<br>Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>Via U.S. Mail<br>Defendant, Ribbit Capital, L.P.<br>Through Its Registered Agent, The<br>Corporation Trust Company Corporation<br>Trust Center 1209 Orange St.<br>Wilmington, DE 19801<br>Via U.S. Mail<br>Defendant,  Altimeter Capital Management,<br>LP<br>Through Its Registered Agent, The<br>Corporation Trust Company Corporation<br>Trust Center 1209 Orange St.<br>Wilmington, DE 19801<br>Via U.S. Mail<br>Defendant, Multicoin Capital Management<br>LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 78701<br>Via U.S. Mail<br>Defendant,Tiger Global Management, LLC<br>Through Its Registered Agent,<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>Via U.S. Mail<br>Defendant, Sino Global Capital Limited<br>c/o Matthew Graham Chaoyang, Beijing,<br>Beijing Shi, 100125, China<br>Via U.S. Mail<br>Defendant, Fenwick & West LLP |

| | Silicon Valley Center 801 California Street Mountain View, CA 94041 |
| | *Via U.S. Mail* |
| | Defendant, Prager Metis CPAs, LLC 14 Penn Plaza, Suite 1800 New York, NY 10121 |
| | *Via U.S. Mail* |
| | Defendant, Armanino, LLP 12657 Alcosta Blvd, Suite 500 San Ramon, CA 94583 |
| | *Via U.S. Mail* |
| | Defendant, Softbank Group Corp. Attn: SBGI Legal 1 Circle Star Way, 4F San Carlos, CA 94070 |

### US District Court for the Northern District of California
**Papadakis v. Bankman-Fried et al, Case No.: 3:23-CV-00024**

| *Counsel for Plaintiff:* | *Counsel for Defendant Armanino LLP:* |
|---|---|
| *Via Electronic Mail* | *Via Electronic Mail* |
| Frederic S. Fox Kaplan Fox & Kilsheimer 850 Third Avenue, 14th Floor New York, NY 10022 212-687-1980 FFox@kaplanfox.com | Ann Marie Mortimer Hunton Andrews Kurth LLP 550 South Hope Street, Suite 2000 Los Angeles, CA 90071 213-532-2103 amortimer@HuntonAK.com |
| *Via Electronic Mail* | *Via Electronic Mail* |
| Jeffrey Philip Campisi Kaplan Fox and Kilsheimer LLP 850 Third Avenue New York, NY 10022 212-687-1980 jcampisi@kaplanfox.com | Kirk Austin Hornbeck Hunton Andrews Kurth LLP Los Angeles Office 550 S. Hope Street, Suite 2000 Los Angeles, CA 90071 213-532-2000 213-532-2020 khornbeck@HuntonAK.com |
| *Via Electronic Mail* | |
| Joel B. Strauss Kaplan Fox & Kilsheimer LLP 805 Third Avenue, 14th Floor New York, NY 10022 212-687-1980 212-687-7714 jstrauss@kaplanfox.com | *Via Electronic Mail* Thomas Richard Waskom Hunton Andrews Kurth LLP 951 East Byrd St. Richmond, VA 23219 804-788-8403 twaskom@HuntonAK.com |
| *Via Electronic Mail* | |
| Kathleen A. Herkenhoff Kaplan Fox & Kilsheimer LLP 1999 Harrison Street, Suite 1560 Oakland, CA 94612 415-772-4700 | *Counsel for Defendant Prager Metis CPAs, LLC:* *Via Electronic Mail* Bruce Roger Braun |

| | |
|---|---|
| 415-772-4707 | Sidley Austin LLP |
| Kherkenhoff@kaplanfox.com | One S. Dearborn |
| Via Electronic Mail | Chicago, Il 60603 |
| Laurence D. King | 312-853-7000 |
| Kaplan Fox & Kilsheimer LLP | 312-853-7036 |
| 1999 Harrison Street, Suite 1560 | bbraun@sidley.com |
| Oakland, CA 94612 | Via Electronic Mail |
| 415-772-4700 | Joanna Rubin Travalini |
| 415-772-4707 | Sidley Austin LLP |
| lking@kaplanfox.com | One South Dearborn Street |
| | Chicago, IL 60603 |
| | 312-853-2077 |
| | jtravalini@sidley.com |
| | Via Electronic Mail |
| | Sarah Alison Hemmendinger |
| | Sidley Austin LLP |
| | 555 California Street, Suite 2000 |
| | San Francisco, CA 94104 |
| | 415-772-7413 |
| | 415-772-7400 |
| | shemmendinger@sidley.com |
| | Via Electronic Mail |
| | Tommy Hoyt |
| | Sidley Austin LLP |
| | One S. Dearborn Street |
| | Chicago, IL 60603 |
| | 312-853-0914 |
| | 312-853-7036 |
| | thoyt@sidley.com |
| | Via Electronic Mail |
| | Defendant Samuel Bankman-Fried |
| | c/o Jeremy D. Mishkin |
| | Montgomery McCracken Walker & Rhoads LLP |
| | 1735 Market Street |
| | Philadelphia, PA 19103-7505 |
| | Direct: 215-772-7246 |
| | jmishkin@mmwr.com |
| | Via U.S. Mail |
| | Defendant Caroline Ellison |
| | 327 Franklin Street |
| | Newton, MA 02458 |
| | and |
| | Via Electronic Mail |
| | c/o Stephanie Avakian |
| | Wilmer Hale |

|  | 2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><div align="right">Via U.S. Mail</div>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br><div align="right">Via Electronic Mail</div>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><div align="right">Via U.S. Mail</div>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>And<br><div align="right">Via Electronic Mail</div>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone |
|---|---|

**US District Court for the Northern District of California**
**Jessup v. Bankman-Fried et al, Case No.: 3:22-cv-07666-JSC**

| *Counsel for Plaintiff:* | <div align="right">Via Electronic Mail</div> |
|---|---|
| <div align="right">Via Electronic Mail</div>P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street<br>18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>shilfingerpardo@edelson.com<br><div align="right">Via Electronic Mail</div>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111 | Defendant Samuel Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><div align="right">Via U.S. Mail</div>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and |

| | |
|---|---|
| (415) 212-9300<br>Fax: (415) 373-9435<br>tlogan@edelson.com | *Via Electronic Mail*<br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>*Via U.S. Mail*<br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br>*Via Electronic Mail*<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br>*Via U.S. Mail*<br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>*Via Electronic Mail*<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br>*Via U.S. Mail*<br>Defendant Sam Trabucco<br>36 Winner Circle,<br>Wells ME 04090-5174 |
| **US District Court for the Northern District of California**<br>**Hawkins v. Bankman-Fried et al, Case No.: 3:22-CV-07620** ||
| *Counsel for Plaintiff:*<br>*Via Electronic Mail*<br>Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>310-405-7190 | Defendant Samuel Bankman-Fried<br>*Via Electronic Mail*<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads<br>LLP<br>1735 Market Street |

| | |
|---|---|
| jpafiti@pomlaw.com | Philadelphia, PA 19103-7505 |
| Via Electronic Mail | Direct: 215-772-7246 |
| Eitan Kimelman | jmishkin@mmwr.com |
| Bronstein Gewirtz & Grossman LLC | Via U.S. Mail |
| | |
| 60 East 42nd Street, Suite 4600 | Defendant Caroline Ellison |
| New York, NY 10165 | 327 Franklin Street |
| 212-697-6484 | Newton, MA 02458 |
| 212-697-7296 | and |
| eitank@bgandg.com | Via Electronic Mail |
| Via Electronic Mail | c/o Stephanie Avakian |
| J Alexander Hood, II | Wilmer Hale |
| Pomerantz LLP | 2100 Pennsylvania Avenue NW |
| 600 Third Avenue, 20th Floor | Washington DC 20037 |
| New York, NY 10016 | Phone: 202-663-6471 |
| 212-661-1100 | stephanie.avakian@wilmerhale.com |
| 212-661-8665 | Via U.S. Mail |
| | |
| ahood@pomlaw.com | Defendant Zixiao Gary Wang |
| Via Electronic Mail | 304 Island Lane |
| Jeremy A. Lieberman | Egg Harbor Township, NJ 08234 |
| Pomerantz LLP | and |
| 600 Third Avenue, 20th Floor | Via Electronic Mail |
| New York, NY 10016 | c/o Alex B. Miller |
| 212-661-1100 | Fried Frank |
| 212-661-8665 | One New York Plaza |
| jalieberman@pomlaw.com | New York, New York 10004 |
| Via Electronic Mail | T: +1.212.859.8000 |
| Peretz Bronstein | ilan.graff@friedfrank.com; |
| Bronstein Gewirtz & Grossman, LLC | alex.miller@friedfrank.com |
| 60 East 42nd Street, Suite 4600 | Via U.S. Mail |
| | |
| New York, NY 10165 | Defendant Nishad Singh |
| 212-697-6484 | 746 Jennifer Way |
| 212-697-7296 | Milpitas, CA 95035 |
| peretz@bgandg.com | And |
| | Via Electronic Mail |
| | c/o Andrew Goldstein |
| | Cooley LLP |
| | 1299 Pennsylvania Avenue, NW |
| | Suite 700 |
| | Washington, DC 20004-2400 |
| | agoldstein@cooley.com |
| | +1 202 842 7800 phone |
| | |
| | *Counsel for Defendant Armanino LLP:* |
| | Via Electronic Mail |
| | Ann Marie Mortimer |
| | Hunton Andrews Kurth LLP |

|  | 550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br><div align="right">Via Electronic Mail</div>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP Los Angeles Office<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>213-532-2020<br>khornbeck@HuntonAK.com<br><div align="right">Via Electronic Mail</div>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com |
|---|---|
| **US District Court for the Northern District of California**<br>**Pierce et al v. Bankman-Fried et al, Case No.: 3:22-CV-07444** ||
| *Counsel for Plaintiffs:*<br><div align="right">Via Electronic Mail</div>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com<br><div align="right">Via Electronic Mail</div>Steven C. Vondran<br>The Law Offices of Steven C. Vondran, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>877-276-5084<br>888-551-2252<br>steve@vondranlegal.com | Defendant Samuel Bankman-Fried<br><div align="right">Via Electronic Mail</div>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><div align="right">Via U.S. Mail</div>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and<br><div align="right">Via Electronic Mail</div>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><div align="right">Via U.S. Mail</div>Defendant Zixiao Gary Wang<br>304 Island Lane |

|  | Egg Harbor Township, NJ 08234<br>and<br><div align="right">Via Electronic Mail</div>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><div align="right">Via U.S. Mail</div>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>and<br><div align="right">Via Electronic Mail</div>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br>*Counsel for Defendant Armanino LLP:*<br><div align="right">Via Electronic Mail</div>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br><div align="right">Via Electronic Mail</div>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP Los Angeles Office<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>213-532-2020<br>khornbeck@HuntonAK.com<br><div align="right">Via Electronic Mail</div>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219 |

|  | 804-788-8403 |
|  | twaskom@HuntonAK.com |
|  |  |
|  | *Counsel for Defendant Prager Metis CPAs, LLC:* |
|  | Via Electronic Mail |
|  | Bruce Roger Braun |
|  | Sidley Austin LLP |
|  | One S. Dearborn |
|  | Chicago, Il 60603 |
|  | 312-853-7000 |
|  | 312-853-7036 |
|  | bbraun@sidley.com |
|  | Via Electronic Mail |
|  | Joanna Rubin Travalini |
|  | Sidley Austin LLP |
|  | One South Dearborn Street |
|  | Chicago, IL 60603 |
|  | 312-853-2077 |
|  | jtravalini@sidley.com |
|  | Via Electronic Mail |
|  | Sarah Alison Hemmendinger |
|  | Sidley Austin LLP |
|  | 555 California Street, Suite 2000 |
|  | San Francisco, CA 94104 |
|  | 415-772-7413 |
|  | 415-772-7400 |
|  | shemmendinger@sidley.com |
|  | Via Electronic Mail |
|  | Tommy Hoyt |
|  | Sidley Austin LLP |
|  | One S. Dearborn Street |
|  | Chicago, IL 60603 |
|  | 312-853-0914 |
|  | 312-853-7036 |
|  | thoyt@sidley.com |

**US District Court for the Northern District of California**
**Lam et al v. Bankman-Fried, Case No.: 3:22-CV-07336**

| *Counsel for Plaintiff, Elliott Lam:* | Via Electronic Mail |
|  | Defendant Sam Bankman-Fried |
| Via Electronic Mail | c/o Jeremy D. Mishkin |
| William M. Audet | Montgomery McCracken Walker & Rhoads |
| Audet & Partners, LLP | LLP |
| 711 Van Ness Avenue. Suite 500 | 1735 Market Street |
| San Francisco, CA 94102-3229 |  |
| 415-568-2555 |  |
| 415-568-2556 |  |

| | |
|---|---|
| waudet@audetlaw.com | Philadelphia, PA 19103-7505 |
|                 Via Electronic Mail | Direct: 215-772-7246 |
| Kurt David Kessler | jmishkin@mmwr.com |
| Audet & Partners LLP |                 Via Electronic Mail |
| 711 Van Ness Avenue | Defendant Caroline Ellison |
| Suite 500 | c/o Stephanie Avakian |
| San Francisco, CA 94102-3275 | 2100 Pennsylvania Avenue NW |
| 415-568-2555 | Washington DC 20037 |
| kkessler@audetlaw.com | Phone: 202-663-6471 |
|                 Via Electronic Mail | stephanie.avakian@wilmerhale.com |
| Laurence D. King |                 Via Electronic Mail |
| Kaplan Fox & Kilsheimer LLP | Defendant Golden State Warriors, LLC |
| 1999 Harrison Street, Suite 1560 | c/o Gibson, Dunn & Crutcher LLP |
| Oakland, CA 94612 | Matthew S. Kahn |
| 415-772-4700 | 555 Mission Street |
| 415-772-4707 | San Francisco, CA 94105-0921 |
| lking@kaplanfox.com | Tel +1 415.393.8212 |
|                 Via Electronic Mail | Fax +1 415.374.8466 |
| Ling Yue Kuang | MKahn@gibsondunn.com |
| Audet & Partners, LLP | |
| 711 Van Ness Avenue, Suite 500 | |
| San Francisco, CA 94102 | |
| 415-568-2555 | |
| 415-568-2556 | |
| lkuang@audetlaw.com | |
|                 Via Electronic Mail | |
| Robert Lawrence Lieff | |
| PO Drawer A | |
| Rutherford, CA 94573 | |
| 415-250-4800 | |
| rlieff@lieff.com | |
| | |
| *Counsel for Plaintiffs, Julie Papadakis, Elliott Jessup:* | |
|                 Via Electronic Mail | |
| Laurence D. King | |
| Kaplan Fox & Kilsheimer LLP | |
| 1999 Harrison Street, Suite 1560 | |
| Oakland, CA 94612 | |
| 415-772-4700 | |
| 415-772-4707 | |
| lking@kaplanfox.com | |
|                 Via Electronic Mail | |
| Todd M. Logan | |
| Edelson PC | |
| 150 California Street, 18th Floor | |

| | |
|---|---|
| San Francisco, CA 94111<br>415-212-9300<br>415-373-9435<br>tlogan@edelson.com<br><br>*Counsel for Plaintiff, Russell Hawkins:*<br>　　　　　　　　　　　Via Electronic Mail<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><br>*Counsel for Plaintiff, Stephen T. Pierce:*<br>　　　　　　　　　　　Via Electronic Mail<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br>　　　　　　　　　　　Via Electronic Mail<br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com | |

| US District Court for the Southern District of California |
|---|
| **US District Court for the Southern District of California**<br>**Gonzalez v. Silvergate Bank et al, Case No.: 3:22-CV-01981** |

| *Counsel for Plaintiffs* | *Counsel for Defendant Silvergate Bank* |
|---|---|
| 　　　　　　　　　　　Via Electronic Mail<br>Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<br>　　　　　　　　　　　Via Electronic Mail<br>Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108 | 　　　　　　　　　　　Via Electronic Mail<br>John Michael Landry<br>Sheppard Mullin Richter &<br>Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>　　　　　　　　　　　Via Electronic Mail<br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & |

415-981-4800
415-981-4846
dgirard@girardsharp.com
                          Via Electronic Mail
Jason S Hartley
Hartley LLP
101 West Broadway, Suite 820
San Diego, CA 92101
619-400-5822
619-400-5832
hartley@hartleyllp.com
                          Via Electronic Mail
Jason M. Lindner
Stueve Siegel Hanson LLP
550 West C Street, Suite 610
San Diego, CA 92101
619-400-5822
619-400-5832
lindner@stuevesiegel.com
                          Via Electronic Mail
Makenna Cox
601 California Street, Suite 1400
San Francisco, CA 94108
415-981-4800
mcox@girardsharp.com

Hampton
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
mmacarr@sheppardmullin.com
                          Via Electronic Mail
Polly Towill
Sheppard Mullin Richter and
Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071 213-
617-5480
213-620-1398
ptowill@sheppardmullin.com

*Counsel for Defendant Silvergate Capital
Corporation*
                          Via Electronic Mail
John Michael Landry
Sheppard Mullin Richter & Hampton
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
jlandry@sheppardmullin.com
                          Via Electronic Mail
Madalyn Annabel Macarr
Sheppard Mullin Richter & Hampton
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
mmacarr@sheppardmullin.com
                          Via Electronic Mail
Polly Towill
Sheppard Mullin Richter and Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
213-617-5480
213-620-1398
ptowill@sheppardmullin.com

*Counsel for Defendant Alan J. Lane*
                          Via Electronic Mail
John Michael Landry

|  | Sheppard Mullin Richter & Hampton<br>333 South Hope Street<br>43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com |
| --- | --- |
|  | Via Electronic Mail<br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton<br>333 S. Hope Street. 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |
|  | Via Electronic Mail<br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com |

**US District Court for the Southern District of California**

**Sepulveda Zuleta et al v. Silvergate Capital Corporation et al,**

**Case No.: 3:22-CV-01901**

| *Counsel for Plaintiffs* | *Counsel for Defendanst Silvergate Capital Corporation, Christopher M. Lane, Alan J. Lane, Tyler J. Pearson, Jason Brenier* |
| --- | --- |
| Via Electronic Mail<br>Caroline S. Emhardt<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>caroline@fitzgeraldjoseph.com | Via Electronic Mail<br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com |
| Via Electronic Mail<br>Jack Fitzgerald<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>619-331-2943<br>jack@fitzgeraldjoseph.com | Via Electronic Mail<br>John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com |
| Via Electronic Mail<br>James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street, San Diego, CA 92101 |  |

| | Via Electronic Mail |
|---|---|
| 619-238-1811<br>619-544-9232<br>jdavis@cglaw.com (Inactive)<br><div align="right">Via Electronic Mail</div>Melanie Rae Persinger<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>melanie@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>Paul K. Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>paul@pauljosephlaw.com<br><div align="right">Via Electronic Mail</div>Thomas Joseph O'Reardon, II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>toreardon@bholaw.com<br><div align="right">Via Electronic Mail</div>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>tblood@bholaw.com<br><div align="right">Via Electronic Mail</div>Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>trevor@fitzgeraldjoseph.com | Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton 333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |

**US District Court for the Northern District of California**

**Husary et al v. Silvergate Bank et al, Case No.: 3:23-CV-00038**

| | |
|---|---|
| *Counsel for Plaintiffs Andrawes Husary, Francisco De Tomaso, Soham Bhatia, Michael Hawwa:*<br><div align="right">Via Electronic Mail</div> | *Counsel for Defendanst Silvergate Capital Corporation, Silvergate Bank, and Alan J. Lane*<br><div align="right">Via Electronic Mail</div> |

| | |
|---|---|
| Isabella Martinez<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>isabella@reiserlaw.com<br>Via Electronic Mail | Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br>Via Electronic Mail |
| Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br>Via Electronic Mail | John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>Via Electronic Mail |
| Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com(Inactive)<br>Via Electronic Mail | Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton 333 S.<br>Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |
| Marcelo Diaz-Cortes<br>Levine Kellogg Lehman Schneider +<br>Grossman LLP<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>md@lklsg.com<br>Via Electronic Mail | |
| Matthew Whitacre Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400 | |

| | |
|---|---|
| matthew@reiserlaw.com | |
|                 Via Electronic Mail | |
| Michael J Reiser | |
| Law Office of Michael Reiser | |
| 961 Ygnacio Valley Road | |
| Walnut Creek, CA 94596 | |
| 925-256-0400 | |
| 925-476-0304 | |
| michael@reiserlaw.com | |
| | |
|                 Via Electronic Mail | |
| Victoria J. Wilson | |
| Levine Kellogg Lehman Schneider + Grossman | |
| Miami Tower | |
| 100 SE 2nd Street, 36th Floor | |
| Miami, FL 33131 | |
| 305-403-8788 | |
| 305-403-8789 | |
| vjw@lklsg.com | |

| US District Court for the Northern District of California | |
|---|---|
| **Bhatia v. Silvergate Bank et al, Case No.: 3:23-CV-00667** | |
| *Counsel for Plaintiff:* | *Counsel for Defendants:* |
|                 Via Electronic Mail |                 Via Electronic Mail |
| Matthew Whitacre Reiser | Polly Towill |
| Reiser Law PC | Sheppard, Mullin, Richter & Hampton LLP |
| 1475 North Broadway, Suite 300 | 333 S. Hope Street, 48th Floor |
| Walnut Creek, CA 94596 | Los Angeles, CA 90071 |
| 925-256-0400 | 213-620-1780 |
| matthew@reiserlaw.com | Fax: 213-620-1398 |
|                 Via Electronic Mail | ptowill@sheppardmullin.com |
| Michael J Reiser | |
| Law Office of Michael Reiser | |
| 961 Ygnacio Valley Road | |
| Walnut Creek, CA 94596 | |
| 925-256-0400 | |
| 925-476-0304 | |
| michael@reiserlaw.com | |

Dated: March 7, 2023

Respectfully submitted,

/s/ Jason Kellogg
Jason Kellogg
jk@lklsg.com
**LEVINE KELLOGG LEHMAN**
**SCHNEIDER + GROSSMAN LLP**
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Telephone: (305) 403.8788
Facsimile: (305) 403.8789

*Counsel for Plaintiff Soham Bhatia*