BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY <br> EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

## ERRATA SHEET

Plaintiff, Soham Bhatia, in *Bhatia v. Silvergate Bank et al.*, No. 3:23-cv-00667-AGT (N.D. Cal.) hereby submits the following corrections to Notice of Potential Tag-Along Action [D.E. 16] filed on March 3, 2023 and Amended Proof of Service [D.E. 31] filed on March 07, 2023.

Dated: March 8, 2023

Respectfully submitted,

/s/ Jason Kellogg
Jason Kellogg
jk@lklsg.com
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Telephone: (305) 403.8788
Facsimile: (305) 403.8789

*Counsel for Plaintiff Soham Bhatia*