# [D.E. 31]
# Amended Proof of Service
# filed March 07, 2023

**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

## AMENDED PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 3, 2023, a copy of the Notice of Potential Tag-Along Action [D.E. 16] and Notice of Appearance [D.E. 18] were electronically filed with the Clerk of the JPML by using the CM/ECF and were served on all counsel or parties via email or mail as follows:

| US District Court for the Southern District of Florida<br>Norris et al v. Brady et al, Case No.: 1:23-CV-20439 | |
|---|---|
| *Counsel for Plaintiffs:*<br>Via Electronic Mail<br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>Via Electronic Mail<br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br>Via Electronic Mail<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br>Via Electronic Mail<br>Stephen N. Zack<br>Boies Schiller & Flexner | *Counsel for Defendant:*<br>Via Electronic Mail<br>Thomas Brady<br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com<br>Via Electronic Mail<br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>305-476-7400<br>zach@colson.com<br>Via Electronic Mail<br>Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com |

100 SE 2nd Street
Suite 2800, Miami Tower
Miami, FL 33131-2144
305-539-8400
305-539-1307
szack@bsfllp.com
                                        Via Electronic Mail
Ursula Ungaro
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL 33131
305-479-6553
uungaro@bsfllp.com (Inactive)
                                        Via Electronic Mail
Alexander Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com
                                        Via Electronic Mail
David Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com

                                        Via Electronic Mail
Brittany M.J. Record
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Brittany.Record@lw.com
                                        Via Electronic Mail
Elizabeth A. Greenman
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angels, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
                                        Via Electronic Mail
Jessica Stebbins Bina
Latham & Watkins LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
424-653-5500
Jessica.stebbinsbina@lw.com
                                        Via Electronic Mail
Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Marvin.Putnam@lw.com
                                        Via Electronic Mail
Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com
                                        Via Electronic Mail
Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Susan.Engel@lw.com
                                        Via Electronic Mail
Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse

|  | Coral Gables, FL 33134-2351 |
|  | 305-476-7400 |
|  | 476-7444 |
|  | bob@colson.com |
|  | |
|  | *Counsel for Defendant Kevin O'Leary:* |
|  | Via Electronic Mail |
|  | Brandon Scott Floch |
|  | Marcus Neiman Rashbaum & Pineiro LLP |
|  | 2 South Biscayne Blvd.Suite 2530 |
|  | Miami, FL 33131 |
|  | 305-434-4943 |
|  | bfloch@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Jeffrey Eldridge Marcus |
|  | Marcus Neiman & Rashbaum, LLP |
|  | One Biscayne Tower - Suite 1750 |
|  | 2 South Biscayne Boulevard |
|  | Miami, FL 33131 |
|  | 305-400-4260 |
|  | 866-780-8355 |
|  | jmarcus@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Jeffrey Adam Neiman |
|  | Marcus Neiman & Rashbaum LLP |
|  | 100 Southeast Third Avenue, Suite 805 |
|  | Fort Lauderdale, FL 33394 |
|  | 954-462-1200 |
|  | 954-688-2492 |
|  | jneiman@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Michael Anthony Pineiro |
|  | Marcus Neiman & Rashbaum LLP |
|  | 2 S. Biscayne Boulevard, Suite 1750 |
|  | Miami, FL 33131 |
|  | 305-400-4268 |
|  | mpineiro@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Andrew B. Brettler |
|  | Berk Brettler LLP |
|  | 9119 Sunset Blvd. |
|  | West Hollywood, CA 90069 |
|  | 310-278-2111 |
|  | abrettler@berkbrettler.com |
|  | |
|  | *Counsel for Defendant David Ortiz:* |

| | |
|---|---|
| | Via Electronic Mail |
| | Christopher Stephen Carver |
| | Akerman LLP |
| | Three Brickell City Centre Suite 1100 |
| | 98 Southeast Seventh Street |
| | Miami, FL 33131 |
| | 305-982-5572 |
| | 305-374-5095 |
| | christopher.carver@akerman.com |
| | Via Electronic Mail |
| | Jason Samuel Oletsky |
| | Akerman LLP |
| | 201 East Las Olas Boulevard, Ste 1800 |
| | Fort Lauderdale, FL 33301 |
| | 954-759-8909 |
| | 954-463-2224 |
| | jason.oletsky@akerman.com |
| | Via Electronic Mail |
| | Katherine Ann Johnson |
| | Akerman LLP |
| | 201 E. Las Olas Blvd., Suite 1800 |
| | Fort Lauderdale, FL 33301 |
| | 954-463-2700 |
| | 954-463-2224 |
| | Katie.johnson@akerman.com |

**US District Court for the Southern District of Florida**

**Garrison et al v. Bankman-Fried et al, Case No.: 1:22-CV-23753**

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brad, Gisele Bundchen, and Lawrence Gene David:* |
|---|---|
| Via Electronic Mail | Via Electronic Mail |
| Adam M. Moskowitz | Stephanie Anne Casey |
| The Moskowitz Law Firm, PLLC | Colson Hicks Eidson |
| 2 Alhambra Plaza, Suite 601 | 255 Alhambra Circle, PH |
| Coral Gables, FL 33134-6036 | Coral Gables, FL 33134 |
| 305-740-1423 | 305-476-7400 |
| adam@moskowitz-law.com | scasey@colson.com |
| Via Electronic Mail | Via Electronic Mail |
| Jose Manuel Ferrer | Zachary Andrew Lipshultz |
| Mark Migdal and Hayden | Colson Hicks Eidson |
| 80 SW 8 Street, Suite 1999 | 255 Alhambra Circle |
| Miami, FL 33131 | Coral Gables, FL 33134 |
| 305-374-0440 | 305-476-7400 |
| jose@markmigdal.com | zach@colson.com |
| Via Electronic Mail | Via Electronic Mail |
| Joseph M. Kaye | Andrew B. Clubok |
| The Moskowitz Law Firm, PLLC | |

| | |
|---|---|
| 2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br>Via Electronic Mail | Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br>Via Electronic Mail |
| Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>Via Electronic Mail | Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com<br>Via Electronic Mail |
| Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive)<br>Via Electronic Mail | Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br>Via Electronic Mail |
| Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>Via Electronic Mail | Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com<br>Via Electronic Mail |
| David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br>Via Electronic Mail | Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com<br>Via Electronic Mail |
| Tyler Evan Ulrich<br>Boies Schiller and Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-539-8400<br>Fax: 305-539-1307<br>Email: tulrich@bsfllp.com | Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com<br>Via Electronic Mail |
| | Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200 |

Susan.Engel@lw.com
<div align="right">Via Electronic Mail</div>

Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351
305-476-7400
bob@colson.com

*Counsel for Defendant Kevin O'Leary:*
<div align="right">Via Electronic Mail</div>

Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.  Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com
<div align="right">Via Electronic Mail</div>

Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
<div align="right">Via Electronic Mail</div>

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com
<div align="right">Via Electronic Mail</div>

Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com
<div align="right">Via Electronic Mail</div>

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069

310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*
                                    Via Electronic Mail
Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com
                                    Via Electronic Mail
Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
                                    Via Electronic Mail
Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

*Counsel for William Trevor Lawrence:*
                                    Via Electronic Mail
**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526

*Counsel for Golden State Warriors, LLC:*
                                    Via Electronic Mail
**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street

|  | San Francisco, CA 94105-0921 |
|  | Tel +1 415.393.8212 |
|  | Fax +1 415.374.8466 |
|  | MKahn@gibsondunn.com |
|  | *Counsel for Samuel Bankman-Fried:* |
|  | Via Electronic Mail |
|  | Jeremy D. Mishkin |
|  | Montgomery McCracken Walker & Rhoads LLP |
|  | 1735 Market Street |
|  | Philadelphia, PA 19103-7505 |
|  | Direct: 215-772-7246 |
|  | jmishkin@mmwr.com |
|  | Via U.S. Mail |
|  | Defendant, Stephen Curry |
|  | 28 Selby Ln, Atherton, CA 94027 |
|  | Via U.S. Mail |
|  | Defendant, Shaquille O'Neal |
|  | 4012 Sahara Ct, Carrollton, TX 75010 |
|  | Via U.S. Mail |
|  | Defendant, Udonis Haslem |
|  | 5450 SW 192nd Terrace |
|  | Southwest Ranches, Florida 33332-3 |
|  | Via U.S. Mail |
|  | Defendant, Shohei Ohtani |
|  | 2000 Gene Autry Way |
|  | Anaheim, California, 92806 |
|  | Via U.S. Mail |
|  | Defendant, Naomi Osaka |
|  | 9621 Arby Dr. |
|  | Beverly Hills, California, 90210 |
|  | Via U.S. Mail |
|  | Consol Defendant, Sam Trabucco |
|  | 36 Winner Circle, |
|  | Wells ME 04090-5174 |
|  | Via U.S. Mail |
|  | Defendant Caroline Ellison |
|  | 327 Franklin Street |
|  | Newton, MA 02458 |
|  | Via Electronic Mail |
|  | c/o Stephanie Avakian |
|  | Wilmer Hale |
|  | 2100 Pennsylvania Avenue NW |
|  | Washington DC 20037 |
|  | Phone: 202-663-6471 |

|  | stephanie.avakian@wilmerhale.com |
|  | Via U.S. Mail |
|  | Defendant Zixiao Gary Wang |
|  | 304 Island Lane |
|  | Egg Harbor Township, NJ 08234 |
|  | Via Electronic Mail |
|  | c/o Alex B. Miller |
|  | Fried Frank |
|  | One New York Plaza |
|  | New York, New York 10004 |
|  | T: +1.212.859.8000 |
|  | ilan.graff@friedfrank.com; |
|  | alex.miller@friedfrank.com |
|  | Via U.S. Mail |
|  | Defendant Nishad Singh |
|  | 746 Jennifer Way |
|  | Milpitas, CA 95035 |
|  | Via Electronic Mail |
|  | c/o Andrew Goldstein |
|  | Cooley LLP |
|  | 1299 Pennsylvania Avenue, NW |
|  | Suite 700 |
|  | Washington, DC 20004-2400 |
|  | agoldstein@cooley.com |
|  | +1 202 842 7800 phone |
|  | Via Electronic Mail |
|  | Consol Defendant, Dan Friedberg |
|  | c/o Telemachus P. Kasulis |
|  | Morvillo Abramowitz Grand Iason & Anello PC |
|  | 565 Fifth Avenue |
|  | New York, NY 10017 |
|  | 212.880.9555 |
|  | tkasulis@maglaw.com |

| US District Court for the Southern District of Florida | |
| Podalsky et al v. Bankman-Fried et al, Case No.: 1:22-cv-23983 | |

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brady,* |
|  | *Gisele Bundchen, and Lawrence Gene David:* |
| Via Electronic Mail | Via Electronic Mail |
| Adam M. Moskowitz |  |
| The Moskowitz Law Firm, PLLC | Stephanie Anne Casey |
| 2 Alhambra Plaza, Suite 601 | Colson Hicks Eidson |
| Coral Gables, FL 33134-6036 | 255 Alhambra Circle, PH |
| 305-740-1423 | Coral Gables, FL 33134 |

| | |
|---|---|
| adam@moskowitz-law.com | 305-476-7400 |
| Via Electronic Mail | 305-476-7444 |
| Jose Manuel Ferrer | scasey@colson.com |
| Mark Migdal and Hayden | Via Electronic Mail |
| 80 SW 8 Street, Suite 1999 | Zachary Andrew Lipshultz |
| 33130 | Colson Hicks Eidson |
| Miami, FL 33131 | 255 Alhambra Circle |
| 305-374-0440 | Coral Gables, FL 33134 |
| jose@markmigdal.com | 305-476-7400 |
| Via Electronic Mail | zach@colson.com |
| Joseph M. Kaye | Via Electronic Mail |
| The Moskowitz Law Firm, PLLC | Andrew B. Clubok |
| 2 Alhambra Plaza, Suite 601 | Latham & Watkins LLP |
| Miami, FL 33134 | 555 Eleventh Street, NW, Suite 1000 |
| 305-740-1423 | Washington, DC 20004 |
| joseph@moskowitz-law.com | 202-637-2200 |
| Via Electronic Mail | andrew.clubok@lw.com |
| Stephen N. Zack | Via Electronic Mail |
| Boies Schiller & Flexner | Brittany M.J. Record |
| 100 SE 2nd Street | Latham & Watkins LLP |
| Suite 2800, Miami Tower | 555 Eleventh Street, N.W., Suite 1000 |
| Miami, FL 33131-2144 | Washington, DC 20004 |
| 305-539-8400 | 202-637-2200 |
| 305-539-1307 | Brittany.Record@lw.com |
| szack@bsfllp.com | Via Electronic Mail |
| Via Electronic Mail | Elizabeth A. Greenman |
| Ursula Ungaro | Latham & Watkins LLP |
| Boies Schiller Flexner LLP | 10250 Constellation Blvd., Suite 1100 |
| 100 SE 2nd Street, Suite 2800 | Los Angels, CA 90067 |
| Miami, FL 33131 | 424-653-5500 |
| 305-479-6553 | Elizabeth.Greenman@lw.com |
| uungaro@bsfllp.com | Via Electronic Mail |
| Via Electronic Mail | Jessica Stebbins Bina |
| Alexander Boies | Latham & Watkins LLP |
| Boies Schiller Flexner LLP | 10250 Constellation Blvd. Suite 1100 |
| 333 Main Street | Los Angeles, CA 90067 |
| Armonk, NY 10504 | 424-653-5500 |
| 914-749-8200 | Jessica.stebbinsbina@lw.com |
| aboies@bsfllp.com | Via Electronic Mail |
| Via Electronic Mail | Marvin Putnam |
| David Boies | Latham & Watkins LLP |
| Boies Schiller Flexner LLP | 10250 Constellation Blvd., Suite 1100 |
| 333 Main Street | Los Angeles, CA 90067 |
| Armonk, NY 10504 | 424-653-5500 |
| 914-749-8200 | Marvin.Putnam@lw.com |
| dboies@bsfllp.com | |

|  | Via Electronic Mail |
|---|---|
|  | Michele D. Johnson |
|  | Latham & Watkins LLP |
|  | 650 Town Center Drive, 20th Floor |
|  | Costa Mesa, CA 92626 |
|  | 714-540-1235 |
|  | michele.johnson@lw.com |
|  | Via Electronic Mail |
|  | Susan E. Engel |
|  | Latham & Watkins LLP |
|  | 555 Eleventh Street, N.W., Suite 1000 |
|  | Washington, DC 20004 |
|  | 202-637-2200 |
|  | Susan.Engel@lw.com |
|  | Via Electronic Mail |
|  | Roberto Martinez |
|  | Colson Hicks Eidson |
|  | 255 Alhambra Circle, Penthouse |
|  | Coral Gables, FL 33134-2351 |
|  | 305-476-7400 |
|  | bob@colson.com |
|  | |
|  | *Counsel for Defendant Kevin O'Leary:* |
|  | Via Electronic Mail |
|  | Brandon Scott Floch |
|  | Marcus Neiman Rashbaum & Pineiro LLP |
|  | 2 South Biscayne Blvd. |
|  | Suite 2530 |
|  | Miami, FL 33131 |
|  | 305-434-4943 |
|  | bfloch@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Jeffrey Eldridge Marcus |
|  | Marcus Neiman & Rashbaum, LLP |
|  | One Biscayne Tower - Suite 1750 |
|  | 2 South Biscayne Boulevard |
|  | Miami, FL 33131 |
|  | 305-400-4260 |
|  | 866-780-8355 |
|  | jmarcus@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Jeffrey Adam Neiman |
|  | Marcus Neiman & Rashbaum LLP |
|  | 100 Southeast Third Avenue, Suite 805 |
|  | Fort Lauderdale, FL 33394 |
|  | 954-462-1200 |

954-688-2492
jneiman@mnrlawfirm.com

        Via Electronic Mail
Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com

        Via Electronic Mail
Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*
        Via Electronic Mail
Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

        Via Electronic Mail
Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com

        Via Electronic Mail
Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

|  | *Counsel for Trevor Lawrence:* |
|  | Via Electronic Mail |
|  | **MGC Law** |
|  | Tommy Lydon, Attorney |
|  | tlydon@mgclaw.com |
|  | 1320 Main Street, 10th Floor |
|  | Columbia, SC 29201 |
|  | Main:803-779-2300 |
|  | Direct:803-227-2292 |
|  | Fax:803-748-0526 |
|  |  |
|  | *Counsel for Golden State Warriors, LLC:* |
|  | Via Electronic Mail |
|  | **Gibson, Dunn & Crutcher LLP** |
|  | Matthew S. Kahn |
|  | 555 Mission Street |
|  | San Francisco, CA 94105-0921 |
|  | Tel +1 415.393.8212 |
|  | Fax +1 415.374.8466 |
|  | MKahn@gibsondunn.com |
|  |  |
|  | *Counsel for Samuel Bankman-Fried:* |
|  | Via Electronic Mail |
|  | Jeremy D. Mishkin |
|  | Montgomery McCracken Walker & Rhoads LLP |
|  | 1735 Market Street |
|  | Philadelphia, PA 19103-7505 |
|  | Direct: 215-772-7246 |
|  | jmishkin@mmwr.com |
|  | Via U.S. Mail |
|  | Defendant Udonis Haslem |
|  | 5450 SW 192nd Terrace |
|  | Southwest Ranches, Florida 33332 |
|  | Via U.S. Mail |
|  | Defendant Sam Trabucco |
|  | 36 Winner Circle, |
|  | Wells ME 04090-5174 |
|  | Via U.S. Mail |
|  | Defendant Caroline Ellison |
|  | 327 Franklin Street |
|  | Newton, MA 02458 |
|  | Via Electronic Mail |
|  | c/o Stephanie Avakian |
|  | Wilmer Hale |
|  | 2100 Pennsylvania Avenue NW |
|  | Washington DC 20037 |

| | |
|---|---|
| | Phone: 202-663-6471 |
| | stephanie.avakian@wilmerhale.com |
| | Via U.S. Mail |
| | Defendant Zixiao Gary Wang |
| | 304 Island Lane |
| | Egg Harbor Township, NJ 08234 |
| | And                    Via Electronic Mail |
| | c/o Alex B. Miller |
| | Fried Frank |
| | One New York Plaza |
| | New York, New York 10004 |
| | T: +1.212.859.8000 |
| | ilan.graff@friedfrank.com; |
| | alex.miller@friedfrank.com |
| | Via U.S. Mail |
| | Defendant Nishad Singh |
| | 746 Jennifer Way |
| | Milpitas, CA 95035 |
| | and                    Via Electronic Mail |
| | c/o Andrew Goldstein |
| | Cooley LLP |
| | 1299 Pennsylvania Avenue, NW |
| | Suite 700 |
| | Washington, DC 20004-2400 |
| | agoldstein@cooley.com |
| | +1 202 842 7800 phone |
| | Via Electronic Mail |
| | Defendant Dan Friedberg |
| | c/o Telemachus P. Kasulis |
| | Morvillo Abramowitz Grand Iason & Anello PC |
| | 565 Fifth Avenue |
| | New York, NY 10017 |
| | 212.880.9555 |
| | tkasulis@maglaw.com |
| | Via U.S. Mail |
| | Defendant Stephen Curry |
| | 28 Selby Ln, Atherton, CA 94027 |
| | Via U.S. Mail |
| | Defendant Shaquille ONeal |
| | 4012 Sahara Ct, Carrollton, TX 75010 |
| | Via U.S. Mail |
| | Defendant Shohei Ohtani |
| | 2000 Gene Autry Way |
| | Anaheim, California, 92806 |
| | Via U.S. Mail |

| | Defendant Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, California, 90210 |
|---|---|

**O'Keefe et al v Sequoia Capital Operations, LLC et al**
**Case No.: 1:23-CV-20700, Judge Jose E. Martinez**

| | |
|---|---|
| *Counsel for Plaintiff:*<br><div align="right">Via Electronic Mail</div>Amy Michelle Bowers<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com<br><div align="right">Via Electronic Mail</div>Jorge A. Perez Santiago<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>Two South Biscayne Boulevard, Ste 1600<br>Miami, FL 33131<br>305-614-1400<br>Email: jperezsantiago@sknlaw.com<br><div align="right">Via Electronic Mail</div>Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: breichard@fishmanhaygood.com<br><div align="right">Via Electronic Mail</div>C. Hogan Paschal<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: hpaschal@fishmanhaygood.com<br><div align="right">Via Electronic Mail</div>James R. Swanson<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: jswanson@fishmanhaygood.com<br><div align="right">Via Electronic Mail</div>Kerry James Miller | <div align="right">Via U.S. Mail</div>Defendant, Sequoia Capital Operations, LLC<br>Through Its Registered Agent, The Corporation Trust Company Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><div align="right">Via U.S. Mail</div>Defendant, Silvergate Bank<br>Through It's Registered Agent, CT Corporation System<br>330 N. Brand Blvd., Ste. 700,<br>Glendale, CA 91203<br><div align="right">Via U.S. Mail</div>Defendant, Signature Bank<br>565 Fifth Avenue<br>New York, NY 70017<br><div align="right">Via U.S. Mail</div>Defendant, Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br><div align="right">Via U.S. Mail</div>Defendant, Farmington State Bank<br>d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128<br><div align="right">Via U.S. Mail</div>Defendant, Jean Chalopin<br>Deltec Houst, Lyford Cay<br>Nassau, Bahamas<br><div align="right">Via U.S. Mail</div>Defendant, Thoma Bravo L.P.<br>Through It's Registered Agent,<br>CT Corporation System<br>28 Liberty Street New<br>York, NY 10005<br><div align="right">Via U.S. Mail</div>Defendant, Paradigm Operations LP |

| | |
|---|---|
| Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br><div align="right">Via Electronic Mail</div>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: mbergeorn@fishmanhaygood.com<br><div align="right">Via Electronic Mail</div>Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 S. Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com | Through It's Registered Agent, Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904<br><div align="right">Via U.S. Mail</div>Defendant, Temasek Holdings (Private) Limited<br>Through Its Registered Agent, Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808<br><div align="right">Via U.S. Mail</div>Defendant, Softbank Vision Fund (AIV M2) L.P.<br>Through Its Registered Agent, Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808<br><div align="right">Via U.S. Mail</div>Defendant, Ribbit Capital, L.P.<br>Through Its Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St. Wilmington, DE 19801<br><div align="right">Via U.S. Mail</div>Defendant,  Altimeter Capital Management, LP<br>Through Its Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St. Wilmington, DE 19801<br><div align="right">Via U.S. Mail</div>Defendant, Multicoin Capital Management LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 78701<br><div align="right">Via U.S. Mail</div>Defendant,Tiger Global Management, LLC<br>Through Its Registered Agent,<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><div align="right">Via U.S. Mail</div>Defendant, Sino Global Capital Limited<br>c/o Matthew Graham Chaoyang, Beijing, Beijing Shi, 100125, China<br><div align="right">Via U.S. Mail</div>Defendant, Fenwick & West LLP |

| | |
|---|---|
| | Silicon Vally Center 801 California Street Mountain View, CA 94041 |
| | <div align="right">Via U.S. Mail</div> |
| | Defendant, Prager Metis CPAs, LLC 14 Penn Plaza, Suite 1800 New York, NY 10121 |
| | <div align="right">Via U.S. Mail</div> |
| | Defendant, Armanino, LLP 12657 Alcosta Blvd, Suite 500 San Ramon, CA 94583 |
| | <div align="right">Via U.S. Mail</div> |
| | Defendant, Softbank Group Corp. Attn: SBGI Legal 1 Circle Star Way, 4F San Carlos, CA 94070 |

<div align="center">

**US District Court for the Northern District of California**
**Papadakis v. Bankman-Fried et al, Case No.: 3:23-CV-00024**

</div>

| *Counsel for Plaintiff:* | *Counsel for Defendant Armanino LLP:* |
|---|---|
| <div align="right">Via Electronic Mail</div> | <div align="right">Via Electronic Mail</div> |
| Frederic S. Fox | Ann Marie Mortimer |
| Kaplan Fox & Kilsheimer | Hunton Andrews Kurth LLP |
| 850 Third Avenue, 14th Floor | 550 South Hope Street, Suite 2000 |
| New York, NY 10022 | Los Angeles, CA 90071 |
| 212-687-1980 | 213-532-2103 |
| FFox@kaplanfox.com | amortimer@HuntonAK.com |
| <div align="right">Via Electronic Mail</div> | <div align="right">Via Electronic Mail</div> |
| Jeffrey Philip Campisi | Kirk Austin Hornbeck |
| Kaplan Fox and Kilsheimer LLP | Hunton Andrews Kurth LLP Los Angeles Office |
| 850 Third Avenue | 550 S. Hope Street, Suite 2000 |
| New York, NY 10022 | Los Angeles, CA 90071 |
| 212-687-1980 | 213-532-2000 |
| jcampisi@kaplanfox.com | 213-532-2020 |
| <div align="right">Via Electronic Mail</div> | khornbeck@HuntonAK.com |
| Joel B. Strauss | <div align="right">Via Electronic Mail</div> |
| Kaplan Fox & Kilsheimer LLP | Thomas Richard Waskom |
| 805 Third Avenue, 14th Floor | Hunton Andrews Kurth LLP |
| New York, NY 10022 | 951 East Byrd St. |
| 212-687-1980 | Richmond, VA 23219 |
| 212-687-7714 | 804-788-8403 |
| jstrauss@kaplanfox.com | twaskom@HuntonAK.com |
| <div align="right">Via Electronic Mail</div> | |
| Kathleen A. Herkenhoff | *Counsel for Defendant Prager Metis CPAs, LLC:* |
| Kaplan Fox & Kilsheimer LLP | |
| 1999 Harrison Street, Suite 1560 | <div align="right">Via Electronic Mail</div> |
| Oakland, CA 94612 | Bruce Roger Braun |
| 415-772-4700 | |

| | |
|---|---|
| 415-772-4707<br>Kherkenhoff@kaplanfox.com<br>                     Via Electronic Mail<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com | Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000<br>312-853-7036<br>bbraun@sidley.com<br>                   Via Electronic Mail<br>Joanna Rubin Travalini<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>jtravalini@sidley.com<br>                   Via Electronic Mail<br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com<br>                   Via Electronic Mail<br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-0914<br>312-853-7036<br>thoyt@sidley.com<br>                   Via Electronic Mail<br>Defendant Samuel Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads<br>LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br>                   Via U.S. Mail<br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and<br>                   Via Electronic Mail<br>c/o Stephanie Avakian<br>Wilmer Hale |

| | |
|---|---|
| | 2100 Pennsylvania Avenue NW |
| | Washington DC 20037 |
| | Phone: 202-663-6471 |
| | stephanie.avakian@wilmerhale.com |
| | *Via U.S. Mail* |
| | Defendant Zixiao Gary Wang |
| | 304 Island Lane |
| | Egg Harbor Township, NJ 08234 |
| | and |
| | *Via Electronic Mail* |
| | c/o Alex B. Miller |
| | Fried Frank |
| | One New York Plaza |
| | New York, New York 10004, New York 10004 |
| | T: +1.212.859.8000 |
| | ilan.graff@friedfrank.com; |
| | alex.miller@friedfrank.com |
| | *Via U.S. Mail* |
| | Defendant Nishad Singh |
| | 746 Jennifer Way |
| | Milpitas, CA 95035 |
| | And |
| | *Via Electronic Mail* |
| | c/o Andrew Goldstein |
| | Cooley LLP |
| | 1299 Pennsylvania Avenue, NW |
| | Suite 700 |
| | Washington, DC 20004-2400 |
| | agoldstein@cooley.com |
| | +1 202 842 7800 phone |

**US District Court for the Northern District of California**
**Jessup v. Bankman-Fried et al, Case No.: 3:22-cv-07666-JSC**

| *Counsel for Plaintiff:* | *Via Electronic Mail* |
|---|---|
| *Via Electronic Mail* | Defendant Samuel Bankman-Fried |
| P. Solange Hilfinger-Pardo | c/o Jeremy D. Mishkin |
| Edelson PC | Montgomery McCracken Walker & Rhoads |
| 150 California Street | LLP |
| 18th Floor | 1735 Market Street |
| San Francisco, CA 94111 | Philadelphia, PA 19103-7505 |
| 415-212-9300 | Direct: 215-772-7246 |
| shilfingerpardo@edelson.com | jmishkin@mmwr.com |
| *Via Electronic Mail* | *Via U.S. Mail* |
| Todd M. Logan | Defendant Caroline Ellison |
| Edelson PC | 327 Franklin Street |
| 150 California Street, 18th Floor | Newton, MA 02458 |
| San Francisco, CA 94111 | and |

| | |
|---|---|
| (415) 212-9300<br>Fax: (415) 373-9435<br>tlogan@edelson.com | Via Electronic Mail<br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>Via U.S. Mail<br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br><br>Via Electronic Mail<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><br>Via U.S. Mail<br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>Via Electronic Mail<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br>Via U.S. Mail<br>Defendant Sam Trabucco<br>36 Winner Circle,<br>Wells ME 04090-5174 |

| US District Court for the Northern District of California<br>**Hawkins v. Bankman-Fried et al, Case No.: 3:22-CV-07620** | |
|---|---|
| *Counsel for Plaintiff:*<br>Via Electronic Mail<br>Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>310-405-7190 | Defendant Samuel Bankman-Fried<br>Via Electronic Mail<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads<br>LLP<br>1735 Market Street |

| | |
|---|---|
| jpafiti@pomlaw.com | Philadelphia, PA 19103-7505 |
| Via Electronic Mail | Direct: 215-772-7246 |
| Eitan Kimelman | jmishkin@mmwr.com |
| Bronstein Gewirtz & Grossman LLC | Via U.S. Mail |
| | |
| 60 East 42nd Street, Suite 4600 | Defendant Caroline Ellison |
| New York, NY 10165 | 327 Franklin Street |
| 212-697-6484 | Newton, MA 02458 |
| 212-697-7296 | and |
| eitank@bgandg.com | Via Electronic Mail |
| Via Electronic Mail | c/o Stephanie Avakian |
| J Alexander Hood, II | Wilmer Hale |
| Pomerantz LLP | 2100 Pennsylvania Avenue NW |
| 600 Third Avenue, 20th Floor | Washington DC 20037 |
| New York, NY 10016 | Phone: 202-663-6471 |
| 212-661-1100 | stephanie.avakian@wilmerhale.com |
| 212-661-8665 | Via U.S. Mail |
| | |
| ahood@pomlaw.com | Defendant Zixiao Gary Wang |
| Via Electronic Mail | 304 Island Lane |
| Jeremy A. Lieberman | Egg Harbor Township, NJ 08234 |
| Pomerantz LLP | and |
| 600 Third Avenue, 20th Floor | Via Electronic Mail |
| New York, NY 10016 | c/o Alex B. Miller |
| 212-661-1100 | Fried Frank |
| 212-661-8665 | One New York Plaza |
| jalieberman@pomlaw.com | New York, New York 10004 |
| Via Electronic Mail | T: +1.212.859.8000 |
| Peretz Bronstein | ilan.graff@friedfrank.com; |
| Bronstein Gewirtz & Grossman, LLC | alex.miller@friedfrank.com |
| 60 East 42nd Street, Suite 4600 | Via U.S. Mail |
| | |
| New York, NY 10165 | Defendant Nishad Singh |
| 212-697-6484 | 746 Jennifer Way |
| 212-697-7296 | Milpitas, CA 95035 |
| peretz@bgandg.com | And |
| | Via Electronic Mail |
| | c/o Andrew Goldstein |
| | Cooley LLP |
| | 1299 Pennsylvania Avenue, NW |
| | Suite 700 |
| | Washington, DC 20004-2400 |
| | agoldstein@cooley.com |
| | +1 202 842 7800 phone |
| | |
| | *Counsel for Defendant Armanino LLP:* |
| | Via Electronic Mail |
| | Ann Marie Mortimer |
| | Hunton Andrews Kurth LLP |

| | 550 South Hope Street, Suite 2000 |
| | Los Angeles, CA 90071 |
| | 213-532-2103 |
| | amortimer@HuntonAK.com |
| | Via Electronic Mail |
| | Kirk Austin Hornbeck |
| | Hunton Andrews Kurth LLP Los Angeles Office |
| | 550 S. Hope Street, Suite 2000 |
| | Los Angeles, CA 90071 |
| | 213-532-2000 |
| | 213-532-2020 |
| | khornbeck@HuntonAK.com |
| | Via Electronic Mail |
| | Thomas Richard Waskom |
| | Hunton Andrews Kurth LLP |
| | 951 East Byrd St. |
| | Richmond, VA 23219 |
| | 804-788-8403 |
| | twaskom@HuntonAK.com |

**US District Court for the Northern District of California**
**Pierce et al v. Bankman-Fried et al, Case No.: 3:22-CV-07444**

| *Counsel for Plaintiffs:* | Defendant Samuel Bankman-Fried |
| Via Electronic Mail | Via Electronic Mail |
| Marshal Hoda | c/o Jeremy D. Mishkin |
| The Hoda Law Firm, PLLC | Montgomery McCracken Walker & Rhoads LLP |
| 12333 Sowden Road, Suite B, PMB 51811 | 1735 Market Street |
| Houston, TX 77080 | Philadelphia, PA 19103-7505 |
| 832-848-0036 | Direct: 215-772-7246 |
| marshal@thehodalawfirm.com | jmishkin@mmwr.com |
| Via Electronic Mail | Via U.S. Mail |
| Steven C. Vondran | Defendant Caroline Ellison |
| The Law Offices of Steven C. Vondran, PC | 327 Franklin Street |
| One Sansome Street, Suite 3500 | Newton, MA 02458 |
| San Francisco, CA 94104 | and |
| 877-276-5084 | Via Electronic Mail |
| 888-551-2252 | c/o Stephanie Avakian |
| steve@vondranlegal.com | Wilmer Hale |
| | 2100 Pennsylvania Avenue NW |
| | Washington DC 20037 |
| | Phone: 202-663-6471 |
| | stephanie.avakian@wilmerhale.com |
| | Via U.S. Mail |
| | Defendant Zixiao Gary Wang |
| | 304 Island Lane |

|  | Egg Harbor Township, NJ 08234<br>and |
|  | *Via Electronic Mail* |
|  | c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com |
|  | *Via U.S. Mail* |
|  | Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>and |
|  | *Via Electronic Mail* |
|  | c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone |
|  | *Counsel for Defendant Armanino LLP:* |
|  | *Via Electronic Mail* |
|  | Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com |
|  | *Via Electronic Mail* |
|  | Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP Los Angeles Office<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>213-532-2020<br>khornbeck@HuntonAK.com |
|  | *Via Electronic Mail* |
|  | Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219 |

| | |
|---|---|
| | 804-788-8403 |
| | twaskom@HuntonAK.com |
| | |
| | *Counsel for Defendant Prager Metis CPAs, LLC:* |
| | Via Electronic Mail |
| | Bruce Roger Braun |
| | Sidley Austin LLP |
| | One S. Dearborn |
| | Chicago, Il 60603 |
| | 312-853-7000 |
| | 312-853-7036 |
| | bbraun@sidley.com |
| | Via Electronic Mail |
| | Joanna Rubin Travalini |
| | Sidley Austin LLP |
| | One South Dearborn Street |
| | Chicago, IL 60603 |
| | 312-853-2077 |
| | jtravalini@sidley.com |
| | Via Electronic Mail |
| | Sarah Alison Hemmendinger |
| | Sidley Austin LLP |
| | 555 California Street, Suite 2000 |
| | San Francisco, CA 94104 |
| | 415-772-7413 |
| | 415-772-7400 |
| | shemmendinger@sidley.com |
| | Via Electronic Mail |
| | Tommy Hoyt |
| | Sidley Austin LLP |
| | One S. Dearborn Street |
| | Chicago, IL 60603 |
| | 312-853-0914 |
| | 312-853-7036 |
| | thoyt@sidley.com |

| US District Court for the Northern District of California |
|---|
| **Lam et al v. Bankman-Fried, Case No.: 3:22-CV-07336** |

| *Counsel for Plaintiff, Elliott Lam:* | Via Electronic Mail |
|---|---|
| Via Electronic Mail | Defendant Sam Bankman-Fried |
| William M. Audet | c/o Jeremy D. Mishkin |
| Audet & Partners, LLP | Montgomery McCracken Walker & Rhoads |
| 711 Van Ness Avenue. Suite 500 | LLP |
| San Francisco, CA 94102-3229 | 1735 Market Street |
| 415-568-2555 | |
| 415-568-2556 | |

| | |
|---|---|
| waudet@audetlaw.com<br>                    Via Electronic Mail<br>Kurt David Kessler<br>Audet & Partners LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102-3275<br>415-568-2555<br>kkessler@audetlaw.com<br>                    Via Electronic Mail<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br>                    Via Electronic Mail<br>Ling Yue Kuang<br>Audet & Partners, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>415-568-2555<br>415-568-2556<br>lkuang@audetlaw.com<br>                    Via Electronic Mail<br>Robert Lawrence Lieff<br>PO Drawer A<br>Rutherford, CA 94573<br>415-250-4800<br>rlieff@lieff.com<br><br>*Counsel for Plaintiffs, Julie Papadakis, Elliott Jessup:*<br>                    Via Electronic Mail<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br>                    Via Electronic Mail<br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor | Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br>                    Via Electronic Mail<br>Defendant Caroline Ellison<br>c/o Stephanie Avakian<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>                    Via Electronic Mail<br>Defendant Golden State Warriors, LLC<br>c/o Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com | |

| | |
|---|---|
| San Francisco, CA 94111<br>415-212-9300<br>415-373-9435<br>tlogan@edelson.com<br><br>*Counsel for Plaintiff, Russell Hawkins:*<br>                          Via Electronic Mail<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><br>*Counsel for Plaintiff, Stephen T. Pierce:*<br>                          Via Electronic Mail<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br>                          Via Electronic Mail<br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com | |

| **US District Court for the Southern District of California** | |
|---|---|
| **Gonzalez v. Silvergate Bank et al, Case No.: 3:22-CV-01981** | |
| *Counsel for Plaintiffs* | *Counsel for Defendant Silvergate Bank* |
|                           Via Electronic Mail<br>Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<br>                          Via Electronic Mail<br>Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108 |                           Via Electronic Mail<br>John Michael Landry<br>Sheppard Mullin Richter &<br>Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>                          Via Electronic Mail<br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & |

| | |
|---|---|
| 415-981-4800<br>415-981-4846<br>dgirard@girardsharp.com<br><div align="right">Via Electronic Mail</div>Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><div align="right">Via Electronic Mail</div>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com<br><div align="right">Via Electronic Mail</div>Makenna Cox<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>mcox@girardsharp.com | Hampton<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com<br><div align="right">Via Electronic Mail</div>Polly Towill<br>Sheppard Mullin Richter and<br>Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071 213-<br>617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br><br>*Counsel for Defendant Silvergate Capital<br>Corporation*<br><div align="right">Via Electronic Mail</div>John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br><div align="right">Via Electronic Mail</div>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com<br><div align="right">Via Electronic Mail</div>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br><br>*Counsel for Defendant Alan J. Lane*<br><div align="right">Via Electronic Mail</div>John Michael Landry |

| | Sheppard Mullin Richter & Hampton<br>333 South Hope Street<br>43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com |
|---|---|
| | Via Electronic Mail<br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton<br>333 S. Hope Street. 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |
| | Via Electronic Mail<br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com |

**US District Court for the Southern District of California**

**Sepulveda Zuleta et al v. Silvergate Capital Corporation et al,**

**Case No.: 3:22-CV-01901**

| *Counsel for Plaintiffs* | *Counsel for Defendanst Silvergate Capital Corporation, Christopher M. Lane, Alan J. Lane, Tyler J. Pearson, Jason Brenier* |
|---|---|
| Via Electronic Mail<br>Caroline S. Emhardt<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>caroline@fitzgeraldjoseph.com | Via Electronic Mail<br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com |
| Via Electronic Mail<br>Jack Fitzgerald<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>619-331-2943<br>jack@fitzgeraldjoseph.com | Via Electronic Mail<br>John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com |
| Via Electronic Mail<br>James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street, San Diego, CA 92101 | |

| | |
|---|---|
| 619-238-1811<br>619-544-9232<br>jdavis@cglaw.com (Inactive)<br>     Via Electronic Mail<br>Melanie Rae Persinger<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>melanie@fitzgeraldjoseph.com<br>     Via Electronic Mail<br>Paul K. Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>paul@pauljosephlaw.com<br>     Via Electronic Mail<br>Thomas Joseph O'Reardon, II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>toreardon@bholaw.com<br>     Via Electronic Mail<br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>tblood@bholaw.com<br>     Via Electronic Mail<br>Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>trevor@fitzgeraldjoseph.com |      Via Electronic Mail<br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton 333 S.<br>Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |

| US District Court for the Northern District of California | |
|---|---|
| **Husary et al v. Silvergate Bank et al, Case No.: 3:23-CV-00038** | |
| *Counsel for Plaintiffs Andrawes Husary, Francisco De Tomaso, Soham Bhatia, Michael Hawwa:*<br>     Via Electronic Mail | *Counsel for Defendanst Silvergate Capital Corporation, Silvergate Bank, and Alan J. Lane*<br>     Via Electronic Mail |

| | |
|---|---|
| Isabella Martinez<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>isabella@reiserlaw.com<br><div align="right">Via Electronic Mail</div> | Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br><div align="right">Via Electronic Mail</div> |
| Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><div align="right">Via Electronic Mail</div> | John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br><div align="right">Via Electronic Mail</div> |
| Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com (Inactive)<br><div align="right">Via Electronic Mail</div> | Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton 333 S.<br>Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |
| Marcelo Diaz-Cortes<br>Levine Kellogg Lehman Schneider +<br>Grossman LLP<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>md@lklsg.com<br><div align="right">Via Electronic Mail</div> | |
| Matthew Whitacre Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400 | |

| | |
|---|---|
| matthew@reiserlaw.com<br>     Via Electronic Mail<br>Michael J Reiser<br>Law Office of Michael Reiser<br>961 Ygnacio Valley Road<br>Walnut Creek, CA 94596<br>925-256-0400<br>925-476-0304<br>michael@reiserlaw.com<br><br>     Via Electronic Mail<br>Victoria J. Wilson<br>Levine Kellogg Lehman Schneider +<br>Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>305-403-8789<br>vjw@lklsg.com | |

| US District Court for the Northern District of California<br>Bhatia v. Silvergate Bank et al, Case No.: 3:23-CV-00667 ||

| *Counsel for Plaintiff:* | *Counsel for Defendants:* |
|---|---|
|      Via Electronic Mail<br>Matthew Whitacre Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>matthew@reiserlaw.com<br>     Via Electronic Mail<br>Michael J Reiser<br>Law Office of Michael Reiser<br>961 Ygnacio Valley Road<br>Walnut Creek, CA 94596<br>925-256-0400<br>925-476-0304<br>michael@reiserlaw.com |      Via Electronic Mail<br>Polly Towill<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>ptowill@sheppardmullin.com |

Dated: March 7, 2023

Respectfully submitted,

/s/ Jason Kellogg
Jason Kellogg
jk@lklsg.com
**LEVINE KELLOGG LEHMAN**
**SCHNEIDER + GROSSMAN LLP**
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Telephone: (305) 403.8788
Facsimile: (305) 403.8789

*Counsel for Plaintiff Soham Bhatia*