BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket No. 3076 |

PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 10, 2023, a copy of the foregoing Magleby and Bhatia Plaintiffs' Response to Motion for Transfer of Actions to the Southern District of Florida Pursuant to 28 U.S.C. § 1407; and this Proof of Service were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties via email or mail as follows:

**Plaintiffs**

*Norris et al v. Brady, et al, S.D. FL, Case No.: 1:23-cv-20439*
*Garrison, et al. v. Samuel Bankman-Fried, et al.; S.D. FL, Case No. 1:22-cv-23753*
*Podalsky et al v. Bankman-Fried, et al, S.D. FL, Case No.: 1:22-cv-23983*

<u>Served via ECF</u>

Adam M. Moskowitz
Joseph M. Kaye
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com

*Counsel for Plaintiffs Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Gallant, David Nicol, and Sunil Kavuri, Michael Norris, Shengyun Huang, Michael Livieratos, Brandon Rowan, Vijeth Shetty, and Bo Yang*

1

| *O'Keefe et al v Sequoia Capital Operations, LLC*, et al, *S.D. FL.,* Case No.: 1:23-CV-20700 | |
|---|---|
| **Served via ECF**<br><br>Kerry James Miller<br>Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600 New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br><br>*Counsel for Plaintiff Connor O'Keefe* | |
| *Papadakis v. Bankman-Fried et al, N.D. CA., Case No.: 3:23-CV-00024* | |
| **Served via ECF**<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>Email: lking@kaplanfox.com<br><br>*Counsel for Plaintiff Julie Papadakis* | |
| *Jessup v. Bankman-Fried et al, N.D. N.D. CA, Case No.: 3:22-cv-07666-JSC* | |
| **Served via ECF**<br><br>Yaman Salahi<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Email: ysalahi@edelson.com<br><br>*Counsel for Plaintiff Michael Elliott Jessup* | |

| | |
|---|---|
| *Hawkins v. Samuel Bankman-Fried, et al.; N.D. CA, Case No. 3:2022-cv-07620* | |
| **Served via ECF**<br><br>Christopher P.T. Tourek<br>Pomerantz LLP<br>10 S. LaSalle Street, Suite 3505<br>Chicago, Illinois 60603<br>(312) 377-1181<br>Email: ctourek@pomlaw.com<br><br>*Counsel for Plaintiff Russell Hawkins* | |
| *Pierce v. Samuel Bankman-Fried, et al.; N.D. CA, Case No. 3:2022-cv-07444* | |
| **Served via ECF**<br><br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>Email: marshal@thehodalawfirm.com<br><br>*Counsel for Stephen T. Pierce* | |
| *Lam v. Samuel Bankman-Fried, et al.; N.D. CA, Case No. 3:2022-cv-07336* | |
| **Served via ECF**<br><br>William M. Audet<br>Audet & Partners, LLP<br>711 Van Ness Avenue. Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>415-568-2556<br>Email: waudet@audetlaw.com<br><br>*Counsel for Plaintiff Elliott Lam* | |

| *Keane v. Silvergate Bank, et al.*, N.D. Cal., Case No. 3:23-cv-00670 ||
|---|---|
| **Served via ECF**<br><br>Timothy G. Blood<br>Blood Hurst & O'Reardon LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100<br>Email: tblood@bholaw.com<br><br>*Counsel for Plaintiff Nicole Keane* | |

| *Statistica Capital Ltd. et al. v. Signature Bank*, (S.D. NY) No. 23-00993- ALC (S.D.N.Y.) ||
|---|---|
| **Served via ECF**<br><br>Jack Fitzgerald<br>**FITZGERALD JOSEPH LLP**<br>2341 Jefferson Street, Suite 200<br>San Diego, California 92110<br>Phone: (619) 215-1741<br>jack@fitzgeraldjoseph.com<br><br>*Counsel for Plaintiffs Statistica Capital Ltd, and Statistica Ltd.* | |

**Defendants**

| **Served via ECF**<br><br>Andrew Clubok<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200<br>andrew.clubok@lw.com<br><br>*Counsel for Defendants Thomas Brady, Gisele Bundchen, Lawrence Gene David* | |
|---|---|

4

| | |
|---|---|
| ***Served via ECF***<br><br>Jennifer Kennedy Park<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 815-4130<br>Email: jkpark@cgsh.com<br><br>*Counsel for Defendant Sequoia Capital Operations, LLC and Paradigm Operations LP* | |
| ***Served via ECF***<br><br>Polly Towill<br>Sheppard, Mullin, Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071<br>(213) 620-1780<br>Email: ptowill@sheppardmullin.com<br><br>*Counsel for Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane* | |

| | |
|---|---|
| ***Served via ECF***<br><br>Jeffrey A. Neiman<br>Marcus Neiman Rashbaum & Pineiro LLP<br>100 SE Third Avenue, Ste. 805<br>Fort Lauderdale, FL 33394<br>(954) 462-1200<br>Email: jneiman@mnrlawfirm.com<br><br>*Counsel for Defendant Kevin O'Leary* | |
| ***Served via ECF***<br><br>Christopher S. Carver<br>AKERMAN LLP<br>201 East Las Olas Boulevard - Suite 1800<br>Ft. Lauderdale, FL 33301<br>954-463-2700<br>Email: christopher.carver@akerman.com<br><br>*Counsel for Defendant David Ortiz* | |
| ***Served via ECF***<br><br>David A. Rothstein<br>Dimond Kaplan & Rothstein, P.A.<br>2665 S. Bayshore, Drive, PH-2B<br>Miami, FL 33133<br>(305) 374-1920<br>Email: DRothstein@dkrpa.com<br><br>*Counsel for Defendant William Trevor Lawrence* | |

| | |
|---|---|
| ***Served via ECF***<br><br>Matthew S. Kahn<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>(415) 393-8212<br>Email: mkahn@gibsondunn.com<br><br>*Counsel for Golden State Warriors, LLC* | |
| ***Served via ECF***<br><br>Irene Yang<br>Sidley Austin LLP<br>555 California Street<br>San Francisco<br>(415) 772-1230<br>Email: irene.yang@sidley.com<br><br>*Counsel for Prager Metis CPAs, LLC* | |
| ***Served via Mail***<br><br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>Email: jmishkin@mmwr.com<br><br>*Counsel for Defendant Samuel Bankman-Fried* | |
| ***Served via Mail***<br><br>Defendant, Stephen Curry<br>28 Selby Ln.<br>Atherton, CA 94027 | |

| | |
|---|---|
| ***Served via Mail***<br><br>Defendant, Shaquille O'Neal<br>4012 Sahara Ct.<br>Carrollton, TX 75010 | |
| ***Served via Mail***<br><br>Defendant, Udonis Haslem<br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332 | |
| ***Served via Mail***<br><br>Defendant, Shohei Ohtani<br>2000 Gene Autry Way<br>Anaheim, California, 92806 | |
| ***Served via Mail***<br><br>Defendant, Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, California, 90210 | |
| ***Served via Mail***<br><br>Defendant, Sam Trabucco<br>36 Winner Circle<br>Wells ME 04090 | |
| ***Served via Mail***<br><br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br><br>*and*<br><br>***Served via Electronic Mail***<br><br>c/o Stephanie Avakian Wilmer Hale | |

| | |
|---|---|
| 2100 Pennsylvania Avenue NW Washington DC 20037<br>Phone: 202-663-6471<br>Email: stephanie.avakian@wilmerhale.com | |
| **_Served via Mail_**<br><br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>*and*<br><br>**_Served via Electronic Mail_**<br><br>c/o Alex B. Miller Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>212.859.8000<br>Email: ilan.graff@friedfrank.com<br>Email: alex.miller@friedfrank.com | |
| **_Served via Mail_**<br><br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>*and*<br><br>**_Served via Electronic Mail_**<br><br>c/o Andrew Goldstein Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004-2400<br>Email: agoldstein@cooley.com | |

9

| | |
|---|---|
| **_Served via Electronic Mail_**<br><br>Consol Defendant, Dan Friedberg<br>c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017 212.880.9555<br>Email: tkasulis@maglaw.com | |
| **_Served via Electronic Mail_**<br><br>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>Email: amortimer@HuntonAK.com | |
| **_Served via Mail_**<br><br>Defendant, Signature Bank<br>565 Fifth Avenue<br>New York, NY 70017 | |
| **_Served via Mail_**<br><br>Defendant, Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay Nassau, Bahamas | |
| **_Served via Mail_**<br><br>Defendant, Farmington State Bank d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128 | |

| | |
|---|---|
| **_Served via Mail_**<br><br>Defendant, Jean Chalopin Deltec Houst, Lyford Cay Nassau, Bahamas | |
| **_Served via Mail_**<br><br>Defendant, Thoma Bravo L.P. Through It's Registered Agent, CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | |
| **_Served via Mail_**<br><br>Defendant, Temasek Holdings (Private) Limited<br>Through It's Registered Agent, Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | |
| **_Served via Mail_**<br><br>Defendant, Softbank Vision Fund (AIV M2) L.P.<br>Through It's Registered Agent, Corporation Service Company<br>251 Little Falls Drive Wilmington, DE 19808 | |
| **_Served via Mail_**<br><br>Defendant, Ribbit Capital, L.P. Through It's Registered Agent, The<br>Corporation Trust Company Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801 | |

| | |
|---|---|
| ***Served via Mail***<br><br>Defendant, Altimeter Capital Management, LP<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | |
| ***Served via Mail***<br><br>Defendant, Multicoin Capital Management LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 787 | |
| ***Served via Mail***<br><br>Defendant, Tiger Global Management, LLC<br>Through It's Registered Agent,<br>Corporation Service Company<br>251 Little Falls Drive Wilmington, DE 19808 | |
| ***Served via Mail***<br><br>Defendant, Sino Global Capital Limited<br>c/o Matthew Graham Chaoyang, Beijing,<br>Beijing Shi, 100125, China | |
| ***Served via Mail***<br><br>Defendant, Fenwick & West LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 | |

| | |
|---|---|
| *Served via Mail*<br><br>Defendant, Softbank Group Corp.<br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070 | |

Dated: March 10, 2023

By       /s/ *Adam E. Polk*
Daniel C. Girard (SBN 114826)
Adam E. Polk (SBN 237000)
Tom Watts (SBN 308853)
Makenna Cox (SBN 326068)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
apolk@girardsharp.com
tomw@girardsharp.com
mcox@girardsharp.com

*Attorneys for Magelby Plaintiffs*


Jason Kellogg (Fla. Bar No. 0578401)
Victoria J. Wilson (Fla. Bar No. 92157)
Marcelo Diaz-Cortes (Fla. Bar No. 118166)
**LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP**
100 Southeast Second Avenue
36th Floor
Miami, Florida  33131
Tel: (305) 803-87888
jk@lklsg.com
vjw@lklsg.com
md@lklsg.com

*Attorneys for Plaintiff Bhatia*