# Exhibit A

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket 3076 |
|---|---|

**SCHEDULE OF ACTIONS**

| Cases | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | Plaintiffs:<br>Edwin Garrison;<br>Gregg Podalsky;<br>Skyler Lindeen;<br>Alexander Chernyavsky;<br>Gary Gallant;<br>David Nicol;<br>Sunil Kavuri.<br><br>Defendants:<br>Sam Bankman-Fried;<br>Thomas Brady;<br>Gisele Bundchen;<br>Kevin O'Leary;<br>Udonis Haslem;<br>David Ortiz;<br>Stephen Curry;<br>Golden State Warriors LLC;<br>Shaquille O'Neal;<br>William Trevor Lawrence;<br>Shohei Ohtani;<br>Naomi Osaka;<br>Lawrence Gene David;<br>Caroline Ellison;<br>Sam Trabucco;<br>Gary Wang;<br>Nishad Singh;<br>Dan Friedberg. | United States District Court for the Southern District of Florida | 22-cv-23753<br>(First Filed Action) | K. Michael Moore |
| 2 | Plaintiffs:<br>Gregg Podalsky;<br>Skyler Lindeen;<br>Alexander Chernyavsky;<br>Gary Gallant;<br>David Nicol. | United States District Court for the Southern District of Florida | 22-cv-23983<br>(Consolidated with *Garrison*) | K. Michael Moore |

| | | | | |
|---|---|---|---|---|
| | Defendants:<br>Sam Bankman-Fried;<br>Tom Brady;<br>Gisele Bundchen;<br>Kevin OLeary;<br>Udonis Haslem;<br>David Ortiz;<br>Stephen Curry;<br>Golden State Warriors LLC;<br>Shaquille ONeal;<br>William Trevor Lawrence;<br>Shohei Ohtani;<br>Naomi Osaka;<br>Lawrence Gene David;<br>Caroline Ellison;<br>Sam Trabucco;<br>Gary Wang;<br>Nishad Singh;<br>Dan Friedberg. | | | |
| 3 | Plaintiffs:<br>Shengyun Huang;<br>Michael Livieratos;<br>Michael Norris;<br>Brandon Rowan;<br>Vijeth Shetty;<br>Bo Yang.<br><br>Defendants:<br>Thomas Brady;<br>Kevin O'Leary;<br>David Ortiz. | United States District Court for the Southern District of Florida | 23-cv-20439 | Cecilia M. Altonaga |
| 4 | Plaintiff:<br>Michael Elliott Jessup.<br><br>Defendants:<br>Samuel Bankman-Fried;<br>Caroline Ellison;<br>Nishad Singh;<br>Gary Wang;<br>Sam Trabucco. | United States District Court for the Northern District of California | 22-cv-07666<br><br>(Related with *Lam*) | Jacqueline Scott Corley |

| | | | | |
|---|---|---|---|---|
| 5 | Plaintiff:<br>Russell Hawkins.<br><br>Defendants:<br>Samuel Bankman-Fried;<br>Caroline Ellison;<br>Zixiao Gary Wang;<br>Nishad Singh;<br>Armanino, LLP;<br> Prager Metis CPAs, LLC. | United States District Court for the Northern District of California | 22-cv-07620<br><br>(Related with *Lam*) | Jacqueline Scott Corley |
| 6 | Plaintiff:<br>Stephen T Pierce.<br><br>Defendants:<br>Samuel Bankman-Fried;<br>Caroline Ellison;<br>Zixiao Wang;<br>Nishad Singh;<br>Armanino, LLP;<br>Prager Metis CPA's. | United States District Court for the Northern District of California | 22-cv-07444<br><br>(Related with *Lam*) | Jacqueline Scott Corley |
| 7 | Plaintiff:<br>Elliott Lam<br><br>Defendants:<br>Sam Bankman-Fried;<br>Caroline Ellison;<br>Golden State Warriors, LLC. | United States District Court for the Northern District of California | 22-cv-07336 | Jacqueline Scott Corley |
| 8 | Plaintiff:<br>Julie Papadakis<br><br>Defendants:<br>Samuel Bankman-Fried;<br>Caroline Ellison;<br>Zixiao Gary Wang;<br>Nishad Singh;<br>Armanino LLP;<br>Prager Metis CPAs, LLC. | United States District Court for the Northern District of California | 23-cv-00024<br><br>(Related with *Lam*) | Jacqueline Scott Corley |

| 9 | Plaintiff:<br>Statistica Capital Ltd.<br><br>Defendant:<br>Signature Bank;<br>Joseph De Paolo;<br>Scott A Shay;<br>Stephen Wyremski;<br>Eric Howell. | United States District Court for the Southern District of New York | 23-cv-00993 | Andrew L. Carter, Jr |
|---|---|---|---|---|
| 10 | Plaintiff:<br>Patrick J. Rabitte.<br><br>Defendants:<br>Sequoia Capital Operations, LLC;<br>Paradigm Operations LP;<br>Thoma Bravo, LP. | United States District Court for the Northern District of California | 23-cv-00655<br>(Related with *Lam*) | Jacqueline Scott Corley |
| 11 | Plaintiff:<br>Mark Girshovich.<br><br>Defendants<br>Sequoia Capital Operations, LLC;<br>Paradigm Operations LP;<br>Thoma Bravo, LP. | United States District Court for the Northern District of California | 23-cv-00945<br>(Related with *Lam*) | Jacqueline Scott Corley |
| 12 | Plaintiff:<br>Connor O'Keefe.<br><br>Defendants:<br>Sequoia Capital Operations, LLC;<br>Silvergate Bank;<br>Signature Bank;<br>Deltec Bank and Trust Company Limited;<br>Farmington State Bank d/b/a Moonstone Bank;<br>Jean Chalopin;<br>Paradigm Operations LP;<br>Thoma Bravo L.P;<br>Temasek Holdings (Private) Limited;<br>Softbank Vision Fund (AIV M2) L.P.;<br>Ribbit Capital, L.P.; | United States District Court for the Southern District of Florida | 23-cv-20700 | Jose E. Martinez |

| | | | | |
|---|---|---|---|---|
| | Altimeter Capital Management, LP;<br>Multicoin Capital Management LLC;<br>Tiger Global Management, LLC;<br>Sino Global Capital Limited;<br>Fenwick & West LLP;<br>Prager Metis CPAs, LLC;<br>Armanino, LLP;<br>Softbank Group Corp. | | | |
| 13 | Plaintiff:<br>Soham Bhatia.<br><br>Defendants:<br>Silvergate Bank;<br>Silvergate Capital Corporation;<br>Alan J Lane. | United States District Court for the Southern District of Florida | 23-cv-00667<br>(Related with *Lam*) | Jacqueline Scott Corley |
| 14 | Plaintiffs:<br>Matson Magleby;<br>Golam Sakline.<br><br>Defendants;<br>Silvergate Bank;<br>Silvergate Capital Corporation. | United States District Court for the Northern District of California | 23-cv-00669<br>(Related with *Lam*) | Jacqueline Scott Corley |
| 15 | Plaintiff:<br>Nicole Keane.<br><br>Defendants:<br>Silvergate Bank;<br>Silvergate Capital Corporation. | United States District Court for the Northern District of California | 23-cv-00670<br>(Related with *Lam*) | Jacqueline Scott Corley |

| | | | | |
|---|---|---|---|---|
| 16 | Plaintiffs:<br>Edwin Garrison;<br>Gregg Podalsky;<br>Skyler Lindeen;<br>Alexander Chernyavsky;<br>Gary Gallant;<br>David Nicol;<br>Sunil Kavuri.<br><br>Defendants:<br>Kevin Paffrath;<br>Graham Stephan;<br>Andrei Jikh;<br>Jaspreet Singh;<br>Brian Jung;<br>Jeremy Lefebvre;<br>Tom Nash;<br>Ben Armstrong;<br>Erika Kullberg;<br>Creators Agency. | United States District Court for the Southern District of Florida | 23-cv-21023 | Cecilia M. Altonaga |
| 17 | Plaintiffs:<br>Lucky D;<br>Jong R.D.;<br>How Yuan;<br>S Roberts;<br>B Ken;<br>J Bell;<br>Morebet, Ltd.;<br>L Zhao;<br>Khoo Wing;<br>P Devin;<br>Sunli;<br>Loods B.V.;<br>S James;<br>Yang How;<br>K David;<br>Edward Johns;<br>Nickle Lee;<br>S Jong;<br>Drake HK;<br>Justin Berk.<br><br>Defendants:<br>Prager Metis LLP;<br>Armanino LLC; | United States District Court for the District of New Jersey | 23-cv-00389 | Madeline Cox Arleo |